| | |
|---|---|
| 1  PHILLIP A. TALBERT<br>   United States Attorney<br>2  SHELLEY D. WEGER<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile: (916) 554-2900<br>5<br>   Attorneys for Plaintiff<br>6  United States of America | <br>**FILED**<br>JUN 1 2017<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>INFORMATION ASSOCIATED WITH ACCOUNTS RELATED TO KJMARTIN6485@GMAIL.COM AND KEVINMARTIND33G, AND 11 DROPBOX LINKS | 2:17-sw-252-FFB<br>2:17-sw-0252 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED

The case is unsealed with the exception of the original search warrant and affidavit. The original search warrant and its accompanying affidavit will remain sealed. A copy of the original search warrant and its accompanying affidavit will be made available for inspection by the defendant in accordance with 18 U.S.C. § 3509(m). The Clerk is directed to file a redacted copy of the complaint and affidavit on the public docket.

Dated: May 31, 2017

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE